IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALICIA M. YARBOROUGH; ALICIA M.   )
MARSH; and ASHLEY C. YARBOROUGH,   )
                              )
          Plaintiffs,      )
                              )  CIVIL NO. 1:04CV00888
          v.            )
                              )
BURGER KING CORPORATION; SANDHILLS )
FOODS CORPORATION[1] d/b/a  Burger    )
King of Siler City, NC; RICK QUINN,)
individually and in his capacity as)
President of Sandhills Foods, Inc.;)
MICHAEL HOWARD, individually and in)
his capacity as Manager, Burger    )
King, Siler City, NC; and MICHAEL  )
SANDERS, in his capacity as       )
District Manager of Burger King,   )
                              )
          Defendants.      )


O R D E R

BULLOCK, District Judge


     For the reasons set forth in the memorandum opinion filed

contemporaneously herewith,


     IT IS ORDERED that Plaintiffs' Motion [Doc. #2] for

Extension of Time to File Complaint is **DENIED**.  IT IS FURTHER

ORDERED that Defendants' Motion [Doc. #6] to Dismiss and

Defendant Howard's Motion [Doc. #8] to Dismiss are **GRANTED**, and

this action is **DISMISSED** as to all Defendants.  IT IS FURTHER

---

     [1] The proper name of this party is Sandhills Foods, Inc.

ORDERED that Plaintiffs' Motion [Doc. #11] for Leave to Amend the

Amended Complaint is **DENIED** as moot.

_____
United States District Judge

December 22, 2005

2